IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARALE HARMON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 15-3548** |
| | : | |
| **DEMING/MAHALLY, THE DISTRICT ATTORNEY OF COUNTY OF BUCKS, and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : : | |

## ORDER

**AND NOW**, this 24th day of February, 2016, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Response to Petition for Writ of Habeas Corpus, the Report and Recommendation filed by United States Magistrate Judge Linda K. Caracappa (Document No. 8), the petitioner's objections to the Report and Recommendation (Document No. 11), and after a thorough and independent review of the record, it is **ORDERED** that:

    1.    The petitioner's objections are **OVERRULED**;

    2.    The Report and Recommendation of Magistrate Judge Caracappa is **APPROVED** and **ADOPTED**;

    3.    The Petition for Writ of Habeas Corpus is **DENIED**; and,

    4.    There is no probable cause to issue a certificate of appealability.

      /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.